FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUL 28 2025

MITCHELL R. ELFERS
CLERK OF COURT

AO 91 (Rev. 01/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) |
| v. | ) |
|  | ) Case No: 25MJ2959 |
| Juan Luis SANCHEZ-Lopez | ) |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. On or about the date of <u>July 26, 2025</u> in the county of <u>Otero</u> in the State and District of <u>New Mexico</u>, the defendant violated <u>8 U.S.C. §1326(Re-Entry After Deport)</u>, an offense described as follows:

Subject to subsection (b), any alien who-
(1)has been denied admission, excluded, deported, or removed or has departed the United States while an order of exclusion, deportation, or removal is outstanding, and thereafter

This criminal complaint is based on these facts:
The Defendant SANCHEZ-LOPEZ Juan was encountered at the U.S. Border Patrol HWY 70 checkpoint located west of Alamogordo NM, on 07/26/2025 during an immigration inspection. During the inspection SANCHEZ-LOPEZ, admitted to being a citizen and national of Honduras and to having no valid immigration documents that would allow him to be in or remain in the United States legally. Record checks show SANCHEZ-LOPEZ was processed as an Expedited Removal on 02/23/2019 and was removed to Honduras on 02/28/2019 at Valley International Airport near Harlingen TX. SANCHEZ-LOPEZ made 3 other illegal entries after this removal and was subsequently processed and removed as a reinstate. SANCHEZ-LOPEZ admitted to reentering the United States on 07/27/2020 near Eagle Pass Tx.

☒ Continued on the attached sheet.

*Complainant's signature*

Santini Revels, Agent
*Printed name and title*

Sworn to before me via telephone. ~~and signed in my presence~~.

Date: July 27, 2025

City and state: Las Cruces, N.M.

*Judge's signature*
Gregory B. Wormuth
Chief U.S. Magistrate Judge
*Printed name and title*

CONTINUATION OF CRIMINAL COMPLAINT

## STATE AND DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA

V.

Juan Luis SANCHEZ-Lopez

**Continuation of Statement of Facts:**
He has never formally requested permission to enter.

**Continuation of Statutory Language:**
(2)enters, attempts to enter, or is at any time found in, the United States, unless (A) prior to his reembarkation at a place outside the United States or his application for admission from foreign contiguous territory, the Attorney General has expressly consented to such alien's reapplying for admission; or (B) with respect to an alien previously denied admission and removed, unless such alien shall establish that he was not required to obtain such advance consent under this chapter or any prior Act,
shall be fined under title 18, or imprisoned not more than 2 years, or both.

_____
Signature of Judicial Officer

_____
Signature of Complainant

Revels, Santini
Filing Agent